IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

00 DEC 15 AM 9:06

Docket No. 03-847 MJR
(To be supplied by the Clerk)

OCTAVIUS JORDAN #N74428

George Mc Nair #N47857

DOUGLAS HILL #K64161, et al,
Plaintiff/Petitioner(s).

-vs-

DONALD N, SNYDER,ET AL

LINDA DILLON

KIM BIGLEY

ANGELA WINSOR
Defendant/Respondent(s). )

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

## I.  JURISDICTION

A.   Plaintiff's mailing address and/or register number and present place of confinement.

SHAWNEE CORR. CENTER 6665 State RT. 146 East

Vienna, Il 62995

B.   Defendant  DONALD N, SNYDER                                    is employed as
(Name of First Defendant)
DIRECTOR OF THE ILLINOIS DEPT. OF CORRECTIONS
(Position/Title)
with  ILLINOIS DEPT. OF CORRECTIONS P.O. BOX 19277
(Employer's Name and Address)

Springfield, Il 62794-9277

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)         No ( )

If your answer is "yes", briefly explain:

Defendent was the Director of the Illinois Dept. of

Corrections at the time of incidents which took place.

Rev. 2/00

C.    Defendant __Linda Dillon_____ is employed as
                    (Name of Second Defendant)
     __Deputy Director of Programs_____
                         (Position/Title)

with __Illinois Dept. of Corrections P.O. Box 19277_____
                  (Employer's Name and Address)

     __Springfield, Il 62794-9277_____

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

                Yes (X)          No ( )

If your answer is "yes", briefly explain:

     __Mrs. Dillon is the Deputy Director of programs for__

     __the Illinois Dept. of Corrections, which is over the__

     __religious diet program for all prisons in Illinois.__

D.    Using the outline of the form provided, include the above information for any additional defendant(s).
     __Defendent Kim Bigley is employed as Warden of Shawnee__
     __Corr. center with the Illinois Dept. of Corrections__
     __6665 State RT. 146 East, Vienna, Il 62995__
     __Defendent Angela Winsor is employed as Assistant__
     __Warden of Shawnee Corr. Center with the Illinois__
     __Dept. of Corrections 6665 State Rt. 146 East__
     __Vienna, Il 62995__

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?

          Yes (X)          No ( )

B.    If your answer to "A" is "yes", describe the lawsuit(s) in the space below.  (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.)  **Failure to comply with this provision may result in summary denial of your complaint.**
     __I have filed another civil rights complaint pursuant__
     __to 42 U.S.C.§1983 against the Illinois dept. of corr.__
     __and Vandalia Corr. institution for the violation of__
     __my First, eight, and fourteenth amendment rights for__
     __not providing me with religious meals consistant with__
     __my beliefs as an African Hebrew Isrealite.__

Rev. 2/00                              - 2 -

1.   Parties to previous lawsuits:
Plaintiff(s) _____ OCTAVIUS JORDAN #N74428 _____

_____

Defendant(s) Director Donald N, Snyder, Linda Dillon,
Edward Green, Tom Robinson, D.J. Vieg ___ , MRS.
West, Ken Arnold, et al.

2.   Court (if Federal Court, name the District; if State Court, name the County)
_SOUTHERN DISTRICT COURT OF ILLINOIS _____

3.   Docket number _____

4.   Name of Judge to whom case was assigned _____

5.   Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
_____ CIVIL RIGHTS ACTION _____

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it
still pending?)
_____ PENDING _____

7.   Approximate date of filing lawsuit __ AUGUST 2003 _____

8.   Approximate date of disposition _____ PENDING _____

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? _____ YES _____

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (x) No ( )

C.   If your answer is "yes",
1.   What steps did you take? I filed several grievances with
my institutional counselors which were all sub-
sequently denied on all levels

2.   What was the result? My grievances were denied at the
institution and in Springfield, Il by the
Administrative review board.

D.   If your answer is "no", explain why not. _____

_____

_____

_____

Rev. 2/00                                   - 3 -

E.    If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes ( )    No ( )

F.    If your answer is "yes",
      1.    What steps did you take? _____

            _____

            _____

      2.    What was the result? _____

            _____

            _____

G.    If your answer is "no", explain why not. _____

      _____

      _____

      _____

H.    Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:

      _____

      _____

      _____

## IV.    STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case.  State who, what, when, where and how you feel your constitutional rights were violated.  Do not cite cases or statutes.  If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.** Additionally, attach any relevant, supporting documentation.

Plaintiffs Octavius Jordan #N74428, Douglas Hill # K64161, and George McNair #N47857 request that this civil suit be filed as a class action suit under the Religious Freedom restoration Act 42 U.S.C.§2000bb. Plaintiffs religion as African Hebrew Israelites entitles us to adequate and nutritional meals consistant with our religious beliefs.

1) Plaintiffs who are African Hebrew Israelites refrain from eating meat and animal by-products, which entitles us to receive vegan meals consistant with our religious belifs.

2) Plaintiffs state that the Ill. Dept. of Corr. has established a set of directives and rules(425.70) inorder to provide us with the vegan meals. We contend

that the rules and directives are unconstitutional and that they violate our First, fifth, eight, and fourteenth Amendment rights.

3) Plaintiffs state that our defendants have taken it upon themselves to discipline us for possibly violating one of our tenets by taking away our vegan religious meals.

4) Plaintiffs state that our defendants, after removing us from our vegan meals for a probationary period of anywhere from 60 to 90 days turn around and try and feed us meats and animal by products. In turn contradicting themselves by trying to feed us food items prohibited by our faith.

5) Plaintiff Octavius Jordan states that on Feb. 10, 2003 I submitted a letter to mrs. Bigley requesting that she and Mrs. Winsor place some food items on the inmate commissary consumable for the vegan meal participants. My request was never honored, yet Mrs. Winsor continues to remove African Hebrew Israelites from their vegan meals for purchasing noodles that have animal byproducts in the seasoning package.

6) Plaintiffs state that our defendants have taken the rules and the directives pertaining to the "Alternative Religious Diets" 425.70 and uses them to harass, attimidate, and deter us and other inmates who are African HebrewIsraelites from wanting the meals.

7) Plaintiff Octavius Jordan states that defendants cheek and Winsor refuse to provide a variety of food items as reccommended for the meals. Defendant Cheek serves the same food items to me each day and on some days I receive the same meal twice.

8) PlaintiffOctavius Jordan states that he requested that the defendants purchase some tofu which is one of the main food items for the vegan meals. My request was denied.

9) Plaintiff Octavius Jordan states that the vegan meals are larger than normal inmate trays and because of this plaintiff has requested that he be given extra time to consume his meals. I state that I have requested through defendants Bigley, Winsor, Bensko, MCCann, and Dillon and all have denied my request for extra time to consume my meals. Due to this I throw away over 50% of my meals.

10) Plaintiff Octavius Jordan states that the I.D.O.C. and my defendants snyder and Dillon force all African Hebrew Israelites who transfer to other institutions to resubmitt for the vegan meals at each institution that they transfer to. And because of this We as African Hebrew Israelites go somtimes for up to two months with out a nutritional meal, only eating the side dishes off of the regular inmate trays.

11) Plaintiff Octavius Jordan states that the defendants Snyder and Dillon do not provide African Hebrew Israelites

with any kind of meals consistent with their religious beliefs while we await the defendant's approval to receive the Vegan meals.

12) Plaintiff, Octavius Jordan states that Defendants Snyder and Dillon do not provide lunches for African Hebrew Israelites during transfers from one institution to the next, that is consistent with our beliefs. Yet, the defendants provide bag lunches for the regular inmate population. And because of this as African Hebrew Israelites we go anywhere from 10 to 12 hours without anything to eat.

13) Plaintiff, Octavius Jordan states that defendants Snyder and Dillon allow their prison administrations to deny inmates from receiving Vegan meals because thay cannot supply the defendants with written verification that they are members of a faith group that requires adherence to a particular religious meal. Also, because they want inmates to provide a nmae of an outside religious leader or faith representative. This is a violation of inmate's first amendment right to free exercise of their religion.

14) Plaintiff, Douglas Hill states that defendant Angela Winsor has continuously denied him his erquest to receive Vegan meals which is consistent with his religious beliefs.

15) Plaintiff, Octavius Jordan states that defendants Donald N. Snyder and Angela Winsor Have discriminated against the African Hebrew Israelites here at Sahwnee C.C. by denying his request to honor their holy day of the Passover and not allowing them to hold a service as prescribed by their tenets. Yet, defendants allowed the Christians, Catholics and the Muslims to celebrate and hold services to celebrate their religious holidays.

16) Plaintiffs contend that the grievance procedures are tainted, unfair and unconstitutional. We contendthat of all the grievances that were written on the issues stated in this complaint, all of them were denied. We contend that the inmate grievance procedure is a scam because the grievances written on the staff members of the I.D.O.C., the staff members go unpunished because their co-workers and union members are the persons who address these same grievances but side with their co-workers and union members regardless if their co-workers and union members are wrong.

17) Plaintiffs state that the menu made up for the Vegan meals by the Dietary Manager, Cheeks, does not satisfy the dietary nutritional requirements for the Vegan meals.

18) Plaintiffs state that the defendants Cheeks, Winsor, Dillon and Griswald do not provide us with food items consistent with our faith for meals. Such as 100% fruit juice, lentils, organically grown fruits and vegetables with each meal.

19) Plaintiffs state that the defendants provide them with canned vegetables and fruits that have artificial and preservative included in the ingredients. These items are inconsistent with the beliefs and faith of the African Hebrew Israelite faith.

20) Plaintiffs state that the defendantshave made a rule prohibiting

Plaintiffs from giving food items that htey do not consume away to other inmates, yet the regular inmate population can share food items. This shows an act of discrimimnation on defendants part toward plaintiffs. CONCLUSION:  The defendants have shown and acted with deliberate indifference towards plaintiff's religious beliefs and treated plaintiffs with cruel and unusual punishment. Defendants have also shown a disregard for plaintiff's due process rights. Defendants have also discriminated agaisnt plaintiffs. Defendants have violated plaintiffs first, eigth and fourteenth amendment rights.

5 b.)

V.   REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

Plaintiffs are sueing defendants in both their individual and official capacity as employer and employees of the Ill. Dept. of Corrections. Plaintiffs seek Compensatory, and Punitive damages in a undetermined amount. Plaintiffs also seek a Prohibitory Injunction refraining defendants from further useing their rule 425.70 on plaintiffs and a pre-liminary Injunction placing Plaintiffs and other inmates on the vegan religious meals to prevent plaintiffs from going without nutritional meals . Plaintiffs also seek to

VI.   JURY DEMAND *(check one box below)*

The plaintiff does ☒   does not ☐   request a trial by jury. (*See* Fed.R.Civ.P. 38.)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure.   The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this ⁵ day of *Dec* , 20⁰³.

_____
Signature of Plaintiff

Pro se, _____
Signature of attorney, if any

Rev. 2/00                                    - 6 -

have a permanent injunction order against defendants prohibiting defendants from ever using their directives and rule 425.70 on or against African Hebrew Israelites or placing another rule similar to it in it's place. Plaintiffs also seek, as part of their prohibitory injunction to refrain defendants from transferring plaintiffs from Shawnee Correctional Center as a way of getting rid of their problem instead of fixing the problems that exist with the religious meals. Plaintiffs also seek in their permanent injunction to have the grievance process taken out of the hands of all the Department of Correction's employees in order to give the inmates the full priveleges of their due process rights.

(9a.)

<u>MEMORANDUM</u>:

TO:        Warden Kim Bigley/Shawnee C.C.

FROM:      Octavius Jordan #N74428
           Housing Unit 3-C-59

SUBJECT:   Vegan Religion Diet

DATE:      February 10, 2003

It has been brought to my attention that A/W Winsor has taken the rules for the Vegan Religious Diet and used them against one of the African Hebrew Israelites here by the name of George McNair #N47857, 4-B-64 before he was even placed on the diet.

Inmate McNair has been barred from recieving the Vegan Diet for a period of 90 days for buying chili noodles by Ms. Winsor.

I am writing to you to inform you because it is my belief that Ms. Winsor does not want to approve anyone for the religious diet. She's even taking the rules for the diet and using them against us, before we are even placed on the diet. Plus, if Ms. Winsor is so worried or concerned about what we eat, why is she not forcing Mr. Cheeks to provide us with proper meals?

Also, it seems that Ms. Winsor knows that we do not eat anything with meat or animal by-products in it. Yet she has not placed any items on the commissary for us to choose from. Ninety percent of all the food items that are in the commissary, we do not eat.

Therefore, I am asking to have the commissary place some food items on their shelves so that we as African Hebrew Israelites will have a variety chose of items to choose from. Please have these items placed on the commissary for our use;

1. Jalapeno Noodles (No animal by-products)
2. Keefe Chocolate Donuts (which are made from cocoa and water/no animal products)
3. Frito's Corn Chips (No animal products)

RESPECTFULLY SUBMITTED,

Octavius Jordan #N74428

Page 2 of 2

20 IL ADC 425.70                                                                           Page 1
20 Ill. Adm. Code 425.70
Ill. Admin. Code tit. 20, § 425.70

**WEST'S ILLINOIS ADMINISTRATIVE CODE**
**TITLE 20. CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT**
**CHAPTER I. DEPARTMENT OF CORRECTIONS**
**SUBCHAPTER D. PROGRAMS AND SERVICES**
**PART 425. CHAPLAINCY**
Current through February 21, 2003

425.70 Accommodation of Religious Diets

a) Committed persons shall be permitted to abstain from any foods the consumption of which violates their required religious tenets.

b) Any foods which contain pork or pork by-products shall be identified in accordance with 20 Ill. Adm. Code 502.20.

c) A committed person may submit a written request to the facility chaplain to receive an alternative diet for specific religious reasons. The request must contain written verification that the committed person is a member of a faith group that requires adherence to a particular diet and the specific requirements of the diet. Eligibility to receive an alternative diet for specific religious reasons shall be determined by the facility chaplain who shall ordinarily confer with a religious leader or faith representative of the faith group at issue. The facility chaplain and the religious leader or faith representative may interview the committed person.

d) A committed person requesting a dietary modification required by a specific religious holiday or ceremony must submit a written request to the facility chaplain 45 calendar days before the holiday or ceremony. The request must contain verification that the committed person is a member of a faith group requiring the dietary modification and the specific requirements of the dietary modification. Eligibility to receive an alternative diet for a specific religious holiday or ceremony shall be determined by the facility chaplain who shall ordinarily confer with a religious leader or faith representative of the faith group at issue. The facility chaplain and religious leader or faith representative may interview the committed person.

e) A committed person who does not adhere to the alternative diet shall no longer receive the alternative diet, unless otherwise approved by the Chief Administrative Officer.

(Source: Added at 19 Ill. Reg. 6515, effective May 1, 1995)

<General Materials (GM) - References, Annotations, or Tables>

20 ILAC § 425.70

20 IL ADC 425.70
END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works



## Illinois
### Department of
## Corrections

**George H. Ryan**
Governor

**Donald N. Snyder Jr.**
Director

Shawnee Correctional Center /6665 State Route 146 East / Vienna, IL  62995 / Telephone:  (618)  658-8331 / TDD: (800)  526-0844

## M E M O R A N D U M

DATE:  12/16/02

TO:  Jordan  N74428 _____  4B-21 _____
　　　　Offender Name & Number　　　　　　　　Housing Assignment

FROM:  Chaplain
　　　　A. Winsor  AWP

SUBJECT:  **RELIGIOUS DIET:  GUIDELINES & STIPULATIONS**

Having reviewed your diet request for a ___Vegan___ diet and having spoken with you regarding your request, Chaplain _____ will forward this request to the Assistant Warden of Programs' office.

The Assistant Warden of Programs has notified the Senior Chaplain that you be made aware of the below Guidelines & Stipulations regarding Religious Diets.  If you fully understand and agree to comply as outlined, it is required that you sign and date each one.

## GUIDELINES & STIPULATIONS:

1. Committed person (s) per D.R. 425, shall abstain from any substance/food that violate the required tenants of their faith/religious preference.

    _Octavius Jordan—N74428_　　　　_12-16-02_
    Offender Name & Number　　　　　　　　Date

2. I choose to follow this diet and to comply with the diet in whole.  This also encompasses my commissary purchases being in line with the Guidelines & Stipulations for my religious diet and the tenants of my faith.  Exchanging or giving away my religious diet food or trays(s) is prohibited.

    _Octavius Jordan_　　　　_12-16-02_
    Offender Name & Number　　　　　　Date

3. A Vegan diet consists of all forms of vegetables, fruits, beans,  peas & lentils.

    ### THIS DIET MAY/(MAY NOT) HAVE ANIMAL BI-PRODUCTS!

    _Jordan—N74428_　　　　_12-16-02_
    Offender Name & Number　　　　　　Date

**Illinois**
Department of
**Corrections**

**George H. Ryan**
Governor

**Donald N. Snyder Jr.**
Director

Shawnee Correctional Center /6665 State Route 146 East / Vienna, IL 62995 / Telephone: (618) 658-8331 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE        11-7-02

TO:         Jordan N74425  /3-76

FROM·       A. Winsor

SUBJECT.    **ALTERNATIVE RELIGIOUS DIET**

You have requested approval to participate in the Religious Diet Program at the Shawnee Correctional Center.

The following actions must be completed by you:

a.      Send a written inmate request to the facility chaplain

b.      Specification religious reasons for the alternative diet

c.      Provide written verification that you are a member of a faith group that requires adherence to a particular religious diet.

d.      The request must contain specific requirements of the diet.

e.      The request must contain the name of the outside religious leader or faith representative.

f.      You will be interviewed by the facility chaplain.

g.      Dietary modification for a specific religious holiday must be submitted to the facility chaplain 45 days prior to the event.

h.      Failure to adhere to the diet will be cause to terminate your participation in the program.

Angela Winsor
Assistant Warden – Programs

cc:     Warden
        Assistant Warden Programs
        Assistant Warden Operations
        Dietary Manager
        File



**Illinois**
Department of
**Corrections**

**George H. Ryan**
Governor

**Donald N. Snyder Jr.**
Director

Shawnee Correctional Center /6665 State Route 146 East / Vienna, IL 62995 / Telephone: (618) 658-8331 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE:       December 3, 2002

TO:         Octavius Jordan #N74423 (4B-21)

FROM:       Angela K. Winsor
            Assistant Warden – Programs

SUBJECT:    **RELIGION**

You are declared a Black Hebrew Israelite. If you wish to change your religion to African Hebrew Israelite, then you need to send a request to my office indicating such.

AW/dw

cc: File



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker, Jr.**
Director

Shawnee Correctional Center / 6665 State Route 146 East / Vienna, IL  62995 / Telephone: (618) 658-8331 / TDD: (800) 526-0844

DATE:     11/13/03

TO:       Jordan, Octavious  N74428          ,          $\mathcal{PB}-14$

FROM:     Angela Winsor
          Assistant Warden-Programs

RE:       RELIGIOUS DIET REVOCATION

Effective this date, your Vegan diet card has been revoked due to your failure to comply with the guidelines and stipulations for a Vegan diet.  Per Department Rule 425, committed person (s) shall abstain from any substance/food that violates the required tenants of their faith/religious preference.  Commissary check for the last 90 days shows commissary purchase (s) that do not meet the requirement of your tenant of faith or religious diet.  Be advised that per Department rule 504F Grievance Procedures for Committed Persons, committed person (s) may file a grievance regarding this action.

Angela Winsor
Assistant Warden-Programs

Cc:   Terry McCann, Warden
      Record Office
      Commissary
      Dietary
      File

20 IL ADC 425.70                                                          Page 1
20 Ill. Adm. Code 425.70
Ill. Admin. Code tit. 20, § 425.70

### WEST'S ILLINOIS ADMINISTRATIVE CODE
### TITLE 20. CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
### CHAPTER I. DEPARTMENT OF CORRECTIONS
### SUBCHAPTER D. PROGRAMS AND SERVICES
### PART 425. CHAPLAINCY
Current through February 21, 2003

425.70 Accommodation of Religious Diets

a) Committed persons shall be permitted to abstain from any foods the consumption of which violates their required religious tenets.

b) Any foods which contain pork or pork by-products shall be identified in accordance with 20 Ill. Adm. Code 502.20.

c) A committed person may submit a written request to the facility chaplain to receive an alternative diet for specific religious reasons. The request must contain written verification that the committed person is a member of a faith group that requires adherence to a particular diet and the specific requirements of the diet. Eligibility to receive an alternative diet for specific religious reasons shall be determined by the facility chaplain who shall ordinarily confer with a religious leader or faith representative of the faith group at issue. The facility chaplain and the religious leader or faith representative may interview the committed person.

d) A committed person requesting a dietary modification required by a specific religious holiday or ceremony must submit a written request to the facility chaplain 45 calendar days before the holiday or ceremony. The request must contain verification that the committed person is a member of a faith group requiring the dietary modification and the specific requirements of the dietary modification. Eligibility to receive an alternative diet for a specific religious holiday or ceremony shall be determined by the facility chaplain who shall ordinarily confer with a religious leader or faith representative of the faith group at issue. The facility chaplain and religious leader or faith representative may interview the committed person.

e) A committed person who does not adhere to the alternative diet shall no longer receive the alternative diet, unless otherwise approved by the Chief Administrative Officer.

(Source: Added at 19 Ill. Reg. 6515, effective May 1, 1995)

<General Materials (GM) - References, Annotations, or Tables>

20 ILAC § 425.70

20 IL ADC 425.70
END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

**Illinois**
Department of
**Corrections**

**George H. Ryan**
Governor

**Donald N. Snyder Jr.**
Director

Shawnee Correctional Center /6665 State Route 146 East / Vienna IL 62995 / Telephone: (618) 658-8331 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE.    11-7-02

TO·    Jordan N74428   /B-76

FROM    A. Winsor

SUBJECT    ALTERNATIVE RELIGIOUS DIET

You have requested approval to participate in the Religious Diet Program at the Shawnee Correctional Center

The following actions must be completed by you:

a.    Send a written inmate request to the facility chaplain

b.    Specification religious reasons for the alternative diet

c    Provide written verification that you are a member of a faith group that requires adherence to a particular religious diet.

d.    The request must contain specific requirements of the diet.

e.    The request must contain the name of the outside religious leader or faith representative.

f.    You will be interviewed by the facility chaplain.

g.    Dietary modification for a specific religious holiday must be submitted to the facility chaplain 45 days prior to the event

h.    Failure to adhere to the diet will be cause to terminate your participation in the program.

Angela Winsor
Assistant Warden – Programs

cc:    Warden
Assistant Warden Programs
Assistant Warden Operations
Dietary Manager
File



**Illinois**
Department of
**Corrections**

**George H. Ryan**
Governor

**Donald N. Snyder Jr.**
Director

Shawnee Correctional Center /6665 State Route 146 East / Vienna, IL  62995 / Telephone:  (618)  658-8331 / TDD: (800)  526-0844

# M E M O R A N D U M

DATE:      December 3, 2002

TO:        Octavius Jordan #N74423 (4B-21)

FROM:      Angela K. Winsor
           Assistant Warden – Programs

SUBJECT:   **RELIGION**

You are declared a Black Hebrew Israelite.  If you wish to change your religion to African Hebrew Israelite, then you need to send a request to my office indicating such.

AW/dw

cc:  File

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**          1876          DOC 0046          30·59

| Date: 11-13-02 | Committed Person: (Please Print) Octavius Jordan | ID#: N74425 |

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability

☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☒ Other (specify) Vegan Religious meals.

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report. ____/____/____
Date of Report      Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 10-31-02 I arrived here at shawnee C.C. and since that day I have submitted several request slips and killies to the Chaplain and Assistant Warden Winsor about being placed on the vegan Diet here at shawnee C.C. In my letters I have explained to Mrs. Winsor that I am an African Hebrew Isrealite and due to my religious beliefs I would like to be placed on the Vegan Religious meals because of this. Now there is no Chaplain in the institution so Mrs. Winsor is suppose to take care of this. It took her a week to answer my request

Relief Requested: _____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ ___/___/___
Committed Person's Signature    ID#    Date
(Continue on reverse side if necessary)    **RECEIVED**

| **Counselor's Response (if applicable)** | DEC 18 2002 |

Date Received: 11/14/02    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Response from A.W. Winsor was received on 11/28/02. Inmate inmate to grieve

_____ _____ 11/25/02
Print Counselor's Name    Counselor's Signature    Date of Response

| **EMERGENCY REVIEW** |

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes, expedite emergency grievance ☐ No, an emergency is not substantiated Committed person should submit this grievance in the normal manner.

_____ ___/___/___
Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 3-23-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

Present Facility: Shawnee C.C.  Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☒ Staff Conduct ☒ Dietary ☐ Medical Treatment ☐ Other (specify): _____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 3-23-03 upon my departure from the inmates kitchen at about 11:00 Am I spoke to Warden Bigley on the sidewalk. I stated my name and told her that I am the inmate who have been writing her asking her for her help in getting the dietary to prepare the Vegan meals according to the guidelines. I then stated that the dietary manager Mr. Cheeks act like he only has peanutbutter to feed us. Warden Bigley then disregarded the

Relief Requested: That springfield be notified about the situation going on here at shawnee with the Vegan religious meals. And that I be paid punitive and compensatory

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature  N74428  4,28,03
ID#  Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 3/27/03   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Discussed with inmate; wishes to purs...

SHAWNEE CORRECTIONAL CENTER
RECEIVED
MAY 0 6 2003
GRIEVANCE LIAISON

P. McGINNIS   P.Mc____   5/27/03
Print Counselor's Name   Counselor's Signature   Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____  Date ___/___/___

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**    DOC 0046;

conversation I was trying to have with her about not receiving a proper vegan diet, she then asked me "Don't you have a law suit on me". I answered Yes and she then stated well I'll see you in court then. This again shows the disregard that the staff here at shawnee C.C. has for my receiving a nutritional vegan religious meals.

The staff at shawnee C.C. takes the easies food item in their kitchen to prepare and serves it to me 3 times a day almost 7 days per week, this is peanutbutter. Beans and rice is an important part of the vegan religious meals but yet I only receive both maybe once a week.

Mr. Cheeks lets his diet cooks run his Kitchen and because of this meals are not being prepared according to the guidelines of the vegan meals.

The only meals that I am suppose to receive peanutbutter is my breakfast meals.

(Relief Cont.)
    damages for the violation of my First Amendment rights.

ᴵˢ DEPARTMENT OF CORRECTIONS*
RESPONSE ᴶ COMMITTED PERSON'S GRIEVANCE                    ᴸᴶC 0047

| Grievance Officer's Report |
|---|

Date Received: 5, 6, 3        Date of Review: 5, 15, 3        Grievance # (optional) _____

Committed Person: ___JORDAN___                    ID#: __N-74428__

Nature of Grievance: ___STAFF CONDUCT / DIETARY___

Facts Reviewed: _Inmate claims he is not being served proper vegan meals. As relief requested, he wants punitive and compensatory damages in unspecified amounts._

_Food Service Manager David Cheek says the guidelines as described by inmate are being met. Cheek says peanut butter is used as a menu item on the vegan master menu for lunch and dinner. Cheek says peanut butter is not listed nor is it provided per every meal._

[stamp: SHAWNEE CORRECTIONAL CENTER RECEIVED MAY 17 2003 GRIEVANCE LIAISON]

Recommendation: ___DENIED___

___VINCE HOFFARD___                    _Vince Hoffard_
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _5/20/03_        ☒ I concur        ☐ I do not concur        ☐ Remand

Comments _____

[stamp: SHAWNEE CORRECTIONAL CENTER COMPLETED MAY 21 2003 GRIEVANCE LIAISON]

_Kim Bigley_                    5, 20, 03
Chief Administrative Officer's Signature                    Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____        _____        __/__/__
Committed Person's Signature                    ID#                    Date

**Illinois**
Department of
**Corrections**

**ROD R. BLAGOJEVICH**
Governor

**ROGER E. WALKER, JR**
Director

Shawnee Correctional Center /6665 State Route 146 East / Vienna, IL 62995 / Telephone: (618) 658-8331 / TDD: (800) 526-0844

**MEMORANDUM**

DATE: *//-24-05*

TO: *Jordan N 74428*

FROM:    **Grievance Liaison**

SUBJECT:    **Grievance dated** *9-4-05 and 7-19-05*

The attached grievance is being returned for the reason(s) listed below:

◻ Sign and date grievance and return to me.

◻ Contact your Correctional Counselor.

◻ Use proper Committed Person's Grievance (DOC 0046) form.

◻ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

◻ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

◻ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

◻ Unable to determine nature of grievance / correspondence. Submit additional specific information.

◻ Illegible copy submitted – submit legible copy for consideration.

◻ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

X  Issue has been previously addressed on ___Diet___. No justification for further consideration.

Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc...).

Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, IL  62706 (executive clemency, parole violation issues, etc...).

Awards of Meritorious / Supplemental Meritorious Good Time are administrative decisions, therefore this issue will not be addressed further.

This grievance has been determined not of an emergency nature.  Submit grievance in normal manner.

Other _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: (9-19-03 | Committed Person: OCTAVIUS JORDAN (Please Print) | ID#: N74428 |
|---|---|---|

| Present Facility: SHAWNEE .C..C | Facility where grievance issue occurred: SHAWNEE C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☒ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify) _____

☐ Disciplinary Report: ____/____/____
Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Dietary manager Mr, cheek is not perfoming his job by making sure that the Vegan diet participants receive their meals prepared properly. One concern is that at first Mr. Cheek was providing the vegans with readymade soy milk but lately he has switched to a powder soy milk that taste as if they added some flour to a cup of water. My other concern is that the dietary staff is not preparing the TEXTURED VEGETABLE PROTEIN CORRECTLY. They are not going by the directions on the package for this meat substitute, which clearly states that this protein is to be placed in a 7/8 cup of boiling water and let to stand for 5 to 10 minutes then placed into the recipe it is to be used in.

Relief Requested: That I be paid conpensatory and punitive damages in the amount of $500,000 for the continuous deprivation of my civil rights to be fed an adequate meal .

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_    N74428    9,19,03
Committed Person's Signature                    ID#         Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 9/28/3

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _Request for response sent to D. Cheek._
_10-24-3 turned over to Grievance Officer._

_Tim Coffey_                    _Tim Coffey_    10/24/3
Print Counselor's Name            Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

____/____/____
Chief Administrative Officer's Signature                    Date

ILLINOIS DEPAR     OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)    **DOC 0046, Page 2**

Instead the dietary is taking this product straight out of the package and adding it to what ever they are preparing for me that time. Also the package that this product comes in clearly states that this product is to be added to a recipe for it to take on the flavor of that recipe. The dietary manager Mr. Cheek is trying to serve this product by its self as a meal which the package clearly states it is to be added to a recipe.

DOC 0046 (Eff.10/2001)
(Replaces DC 5657)



# Bob's Red Mill

*To Your Good Health...*
Bob Moore

**·Low Calorie · High Protein·**

# TVP®

## TEXTURED VEGETABLE PROTEIN

Textured Vegetable Protein is a highly nutritious soy product. It is incredibly wealthy in complete protein, low in calorie and contains no fat, so it is an excellent alternative to meat. It is also a good source of dietary fiber, iron, magnesium and phosphorus. Textured Vegetable Protein is made from defatted soy flour that has been cooked under pressure and then dried. It is very easy to prepare, and since it takes on the flavor of whatever recipe it is added to, the array of recipes in which it may be used is immeasurable.

*TVP® is a registered trademark of the Archer Daniels Midland Co.*

### NET WT 10 OZ (283g)

*You Can See Our Quality!*

Bob's Red Mill products labeled Gluten Free are batch tested in our quality control laboratory. We use an ELISA Gluten Assay test to determine if a product is gluten free.

**GLUTEN FREE**

all natural

**K**

0 39978 02542 5

keeps best refrigerated or frozen

C079

---

## How to Reconstitute and Use TVP®

*To rehydrate* the granules, pour 7/8 cup boiling water, vegetable broth or stock over 1 cup TVP®. Stir and let stand 5 to 10 minutes.
*To cook in a microwave,* cover tightly with plastic wrap and cook on high for 5 - 6 minutes; check after 2 minutes and add a little more liquid if needed.
You can prepare a double batch of chunks, enough for 2 or 3 recipes, and the cooked TVP® will keep in the refrigerator several days. Or freeze some to thaw later in a microwave or in the refrigerator. Once TVP® has been rehydrated, it must be kept under refrigeration.

### RED BEANS & RICE

*A No-Fat Cajun Treat, Vegetarian Style*
Overnight in 6 cups of water, soak 2 cups dried red beans, kidney or pinto beans. Drain and rinse well.
**Cook in kettle with:**
1 large Onion, chopped
6 large cloves Garlic, smashed
2 quarts boiling Water
**After beans have cooked 45 minutes, add:**
2 cups TVP® granules
3 Tbsp Chili Powder
1 Tbsp Cumin
Continue cooking beans until tender, 20 - 40 minutes. Most of the liquid should have cooked into the beans and TVP®. Taste and add salt.
*Meanwhile, cook brown rice according to package directions:*
1 cup Brown Rice (Basmati or Short Grain)
2 cups Water
1 tsp Salt
Mix the cooked rice and beans, taste, add a pinch of cayenne or hot sauce if desired. *Serves 8.*

**— TVP —**

---

Ingredient: Soy Flour.

## Nutrition Facts

Serving Size 1/4 cup (24g) dry
Servings Per Container 11 (per 10 oz bag)

**Amount Per Serving**

**Calories** 80     Calories from Fat 0

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 2mg | **0%** |
| **Potassium** 594mg | |
| **Total Carbohydrates** 7g | **2%** |
| Dietary Fiber 4g | **16%** |
| Sugars 3g | |
| **Protein** 12g | |

| | | |
|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% |
| Calcium 8% | • | Iron 15% |
| Magnesium 18% | • | Phosphorus 17% |

* Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65 g | 80 g |
| Sat Fat | Less than | 20 g | 25 g |
| Cholest | Less than | 300 mg | 300 mg |
| Sodium | Less than | 2,400 mg | 2,400 mg |
| Total Carb | | 300 g | 375 g |
| Fiber | | 25 g | 30 g |

*Our product line is diverse and extensive. For information and recipes, visit our website at www.bobsredmill.com. Write for a brochure or product list.*
*Bob's Red Mill Natural Foods,*
*5209 S.E. International Way,*
*Milwaukie, OR 97222.*

0231

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 9-4-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |

Present Facility: Shawnee C.C.          Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property      ☐ Mail Handling      ☐ Restoration of Good Time      ☐ Disability
☐ Staff Conduct          ☒ Dietary            ☐ Medical Treatment            ☐ Other (specify): _____
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
                       Date of Report                                    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: I am a African Hebrew Israelite an due
to my religious beliefs I refrain from eating meat
and any animal by-products. I am suppose to receive
a well-balanced nutritional Vegan meals for my 3
meals. On 8-20-03 at approxiamately 10:30 or
11:00 am during lunch time I was given a Lunch
tray that is inconsistant with my dietary needs
as a African Hebrew Israelite. This tray consist-
ed of Sloppy Joe (groundbeef "tomato sauce) Hashed
brown potatoes, peaches, String beans, 2 slices of white

Relief Requested: That I be paid $200,000 in punitive damages and
$500,000 in compensatory damages and that the Federal courts
order the I.D.O.C. to purchase food items for the Vegan meals.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_                              N74428    9/4/03
        Committed Person's Signature                          ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 9/14/3    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _Request for response sent to D. Cheek_
_10-24-3 turned over to Grievance Officer_

_Tim Duffy_                          _Tim Duffy_          10/24/3
   Print Counselor's Name              Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                   ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____          ___/___/___
Chief Administrative Officer's Signature                    Date

bread, and a chocolate milk. I informed C/o Al-
dridge that there was a mistake and I was given
a regular Inmates meal and not my Vegen Religious
diet meal. C/o Aldrigde came back to my Cell 3-c-15
and stated that He informed C/o Warren who was work-
ing the control booth and he was checking on it. At
Approximately 30 minutes later C/o Evans came on
3-c and I informed him about not receiving my
proper religious meal. At this time C/o Evans also
Stated that he would check into my situation.
Now the both of these time these C/o's came
to my cell door I showed them the Sloppy Joe
on the tray and stated that I do not eat meat
and I was given the porong meal. Maybe 10 minutes
later C/o Evans returned to my cell stating that the
Dietary Supervisor (Name unknown) stated that they
had sent me my proper vegan meal. ~~that I direct~~
~~~~ I never received my tray so after being
told this by C/o Evans I asked for a ~~the~~ lieutenant
and stated that ~~I~~ I wanted to go on a hunger
Strike. 20 minutes later C/o Evans came back on
the wing with C/o O'neal and stated that Lt. Atkins
would be to see me. After waiting on a lieutenant
For 2 hours almost, I realized that my plight
to obtain my religious vegan meal For lunch was
being ignored and that I was being lied to be C/o
Evans. C/o Kotter came around to collect garbage
on 3-c and once my door was opened I stepped
out and refused to lock back up stating that
I wanted to declare a hunger strike. I was
then taken to segregation and given a Disciplinary
Report For refusing to lock back up, I was given
7 days in segregation and I think 1 month C-grade
This grievance is written to show the Federal
Courts the extreme lengths that I have had
to go through to obtain meals ~~are~~ guaran-
teed to me by the U.S. constitution and
the Federal Courts.
I am not grievancing the Disciplinary report
but only fact that the Dictary Manager and Shaw-
nee C.C. Administration takes me through every
extreme to receive my meals as an African
Hebrew Israelite,

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page __1__ of __1__

☒ Disciplinary Report __4/20/03__   ☐ Investigative Report _____
  Date

Committed Person: __JORDAN OCTAVIUS__ No. __N74428__   Facility: __SHAWNEE C.C.__

Observation Date: __4/20/03__ Time: __1.00__   ☐ am ☐ pm Location: __UNIT 3 C-15__

__C. KOTTER__
PRINT Employee's Name   _Kotter_ 8/20/03 1:45 pm
  Employee's Signature/Date/Time

Offense: 504 Ⓐ __403 DISOBEYING A DIRECT ORDER__
  B
  C

Observation: __ON THE ABOVE DATE AND APPROXIMATE TIME, THIS OFFICER
WAS COLLECTING TRASH OUT OF THE CELLS (LOCKDOWN) I/m JORDAN
N74428 STEPPED OUT OF HIS CELL (C-15). JORDAN WAS
TOLD TO LOCK BACK-UP. HE REFUSED. LT. RILEY WAS
CALLED, END OF REPORT__

Witnesses if any. _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement   ☐ Investigative Status   Reasons. _____
_____
  PRINT Name
  Shift Supervisor's Signature and Date
  (For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer   Comment _____
_____
  PRINT Name
  Signature/Date   9/20/03

☒ MAJOR submitted to Adjustment Committee   ☐ MINOR submitted to Program Unit
_____
  PRINT Name
  Reviewing Officer's Signature and Date   8/20/03

☒ Reviewed by Hearing Investigator __MATT AKUS__
(Adult Division Major Reports Only)   PRINT Name
  Signature and Date   8/21/03

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS
You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

X __O. Jordan__ __N74428__
  Committed Person's Signature and Number   Committed Person Refused to Sign ☐

_____
PRINT Serving Employee's Name   Serving Employee's Signature   Date and Time Served   am pm

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date _____

Committed Person's Signature and Number

- - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date _____

NAME OF WITNESS _____ Number/Cell/Title. _____
Witness can testify to _____

NAME OF WITNESS. _____ Number/Cell/Title _____
Witness can testify to. _____

DC 7205 (Rev 4/98)   Distribution: 1) Master File: 2) Committed Person:
L 426-0361   3) Facility: 4) Facility

Committed Person's Name and Number

(3-B-14)

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 9-19-03 | Committed Person: (Please Print) OCTAVIUS JORDAN | ID#: N74428 |
|---|---|---|

| Present Facility: SHAWNEE C.C. | Facility where grievance issue occurred: SHAWNEE C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
|---|---|---|---|
| ☒ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☒ Other (specify) grievance process |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

☐ Disciplinary Report: ____/____/____
　　　　　　　　　　　Date of Report　　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON 4-24-03 I wrote a grievance on dietary manager Mr. Cheek for violating my beliefs of my religion by knowingly feeding me veggie burgers made by "Morning Star Farms" which possess egg whites. I submitted this grievance to my conselor Mr. McGuiness on 4-25-03 as of today 9-19-03 I still have not received this grievance back with its proper responces from the grievance officer and administrative chief. It is my beliefs that this grievance has been destroyed by someone of this administration.

**Relief Requested:** That my grievance be returned to me as soon as possible because it is beyond to timeframe for processing this grievance. and that I be paid by the courts for the abstraction of my civil rights.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_ _____　　N74428　　9,19,03
Committed Person's Signature　　　　　　　　ID#　　　　　Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 9 / 28 / 3
　☐ Send directly to Grievance Officer　　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Refer to Grievance Officer for response. Already addressed by A.R.B.

Tim Coffy _____　　_Tina _____	10/6/3
Print Counselor's Name　　　Counselor's Signature　　　Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____
　Is this determined to be of an emergency nature?
　☐ Yes; expedite emergency grievance
　☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____　　____/____/____
Chief Administrative Officer's Signature　　　　　Date

Distribution: Master File; Committed Person　　　Page 1　　　DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

DOC 00

| Date: 1-24-03 | Committed Person (Please Print) Octavius Jordan | ID#: N74478 |
|---|---|---|
| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify) _____

- [ ] Disciplinary Report. ___/___/___
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
  administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
  Administrative Officer

Brief Summary of Grievance: It has been brought to my attention from a member of my faith group outside this institution that veggie burgers contain egg whites in the ingredients. Upon my investigation of this claim I have found that the Dietary here at shawnee has been feeding me food items contrary to my tenents of my faith as an African Hebrew Israelite. This is not only going on here at shawnee C.C. but at other institution I have been in where I received the vegan religious diet. Veggie burgers

Relief Requested: That Shawnee C.C. stop serving veggie burgers to vegan diet participants, and that I be paid 1.5 million in punitive damages and 2.5 million compensatory.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Octavius Jordan                                N74478          4/24/03
Committed Person's Signature                      ID#              Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ___/___/___   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

---

### EMERGENCY REVIEW

Date Received: ___/___/___   Is this determined to be of an emergency nature?
  [ ] Yes; expedite emergency grievance
  [ ] No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                        Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

DOC 0046

Date: 7-18-03

Committed Person:
(Please Print) Octavius Jordan

ID#: N74428

Present Facility: Shawnee C.C.

Facility where grievance issue occurred: Shawnee C.C.

### NATURE OF GRIEVANCE:

☐ Personal Property
☐ Staff Conduct
☐ Transfer Denial by Facility

☐ Mail Handling
☒ Dietary
☐ Transfer Denial by Transfer Coordinator

☐ Restoration of Good Time
☐ Medical Treatment

☐ Disability
☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am a Vegan religious diet participant and my Diet Calls For a variety of Fresh Fruits and Vegetables. The dietary staff here at Shawnee C.C. are not complying with the Guidelines of my diet because they are not giving me the varitey of Fresh Fruits and Vegetables. One my Salad trays I am being giving dry chopped up cabbage with 3 to 5 carrots and celery sticks, The Dietary Staff here is Feeding all the other Fresh Vegetables to their staff members depriving me and

Relief Requested: That I be reimburst through the courts For the violation of my First Amendment rights. $50,000 punitive damages and $50,000 compensatory damages.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Octavius Jordan
Committed Person's Signature

N74428            7/1/03
ID#               Date

(Continue on reverse side if necessary)

*(margin, right side, handwritten vertical)* continue on the back ... I never received this grievance back

---

### Counselor's Response (if applicable)

Date Received: ___/___/___

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

---

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

DOC 0046

Date: 5-6-03    Committed Person: (Please Print) Octavius Jordan    ID#: N74428

Present Facility: Shawnee C.C.    Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☒ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor,
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Today upon my arrival at the Dietary for Dinner I was informed by the Diet Cook Mr. Hunt that once again the Spagetti for the Vegan diet participants did not have any sauce on it. The Vegan's diet meal with spagetti is suppose to have a non-meat sauce on it, but Mr. Mott the dietary supervisor does not have the diet cook Mr. Hunt put any on our spagetti. The Dietary Supervisor's and Manager Mr. Cheek Disregard the Guidelines for preparing the Vegan

Relief Requested: That Dietary Manager Cheek and supervisor Mr. Mott be repremanded and that I be paid punitive and compensatory damages through a 1983 U.S.C. civil complaint against defendants

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Octavius Jordan    N74428    5/6/03
Committed Person's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date ___/___/___

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

3-25-03

**Committed Person:** (Please Print) Octavius Jordan    **ID#:** N74428

**Present Facility:** Shawnee C.C.    **Facility where grievance issue occurred:** Shawnee C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☒ Other (specify) Denial right
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    to hold religious Holydays.

☐ Disciplinary Report: ___/___/___
Date of Report

RECEIVED APR 0 3 2003 SHAWNEE WORK CTR. GRIEVANCE OFFICE

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 2-27-03 I submitted a request to Assistant Warden Angela Winsor requesting permission to be allowed to observe the Passover festival and the feast of Unleavened bread, these are African Hebrew Israelite Holydays and should be held and honored by all African Hebrew Israelites. My request was denied by A/W Winsor gave me no reason why it was denied. Mrs. Winsor Discriminates against us on every request we submitt to her. The muslims just

**Relief Requested:** That I be reimburst through the courts 2 million punitive and 4 million compensatory damages for the violation of my First Amendment rights.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature]    **Committed Person's Signature**    N74428    3, 25, 03
ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date received: 3, 26, 03    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Can not resolve, inmate wishes to pursue.

P. McGINNIS    [signature] D.McG    3, 26, 03
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature    Date

Printed on Recycled Paper

DOC 0048 (EFf. 10/2001)
(Replaces DC 5457)

Page 2

Printed on Recycled Paper

Distribution: Master File; Committed Person

had ramadan and the Catholic's just had Ashe day but as an African Hebrew Israelite our request was denied. We have submitted request to Mrs. Winsor and Mrs. Bigley asking them to place Food items on the commissary that we can purchase as African Hebrew Israelites, such as Jalopeno Noodles, Corn Chips, and Keefe Chocolate donuts but our request have been denied. 85% of the food items on the commissary we as African Hebrew Israelites can not conseume but the staff refuses to give us anything else. Yet Mrs. Winsor trys to take away or right to the Vegan Religious meals if we buy food items with animal-by-products in them. This shows that Mrs. Winsor discriminates and shows a deliberate indifference towards the inmate African Hebrew Israelites here at Shawnee C.C.

Letter written to A/W Winsor in form of Religious Request is Attached to grievance, as an Example.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

DOC 004,  3C 15

## Grievance Officer's Report

Date Received  4 , 3 , 03    Date of Review·  4 , 14 , 03    Grievance # (optional) _____

Committed Person:  Jordan, Octavius _____    ID#:  N74428

Nature of Grievance.  Staff Conduct, Denial right to hold religious Holydays

Facts Reviewed:  Jordan N74428 writes that A/w Winsor is denying his rights, as well as others who are African Hebrew Isrealites, to observe and participate in the passover festival and feast of unleavened bread.

Recommendation: Denied, due to A/w Winsor reponse that IDOC does not approve of this institional religious holiday.

Sgt. J. Woods  #9305
Print Grievance Officer's Name

Sgt. Woods  #9305
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, Including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received·  4 15 03 _____    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments _____

Kim Bigley
Chief Administrative Officer's Signature

4 , 15 , 03
Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P O Box 19277, Springfield, IL 62794-9277 (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Octavius Jordan
Committed Person's Signature

N74428
ID#

4 , 16 , 03
Date



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL  62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

August 4, 2003

Octavius Jordan
Register No. N74428
Shawnee Correctional Center

Dear Mr. Jordan:

This is in response to your grievance received on April 28, 2003, regarding staff conduct (Asst. Warden Winsor - 2/27/03 Passover Festival denial), which was alleged to have occurred at Shawnee Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated April 14, 2003 and approval by the Chief Administrative Officer on April 15, 2003 have been reviewed.

This office reviewed the March 27, 2003, response completed by Assistant Warden Winsor regarding this issue.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Nancy S. Tucker
Administrative Review Board
Office of Inmate Issues

CONCURRED:_____
Roger E. Walker Jr.
Director

cc:    Warden Kim Bigley, Shawnee Correctional Center
       Octavius Jordan, Register No. N74428
       Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 3-20-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |

Present Facility: Shawnee C.C.    Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☑ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ Other (specify) _____
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: During meal times here at Shawnee C.C. inmates are not being given proper time to eat their meals. There is a time table some where giving inmates enough time to consume their meals but Shawnee C.C. staff is not following it. The only way you can finish your meals is if you eat like a dog and placed the food in your mouth and swallow it without chewing. We are being given 5 minutes to consume meals and this time is with placing the salt and pepper and

Relief Requested: That I be given enough time to consume my meals at Lunch and Dinner time.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_    N74428    3-20-03
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 3/26/03   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Can not resolve, inmate wishes to refuse.

[stamp: SHAWNEE CORRECTIONAL CENTER RECEIVED APR 1 3 2003 GRIEVANCE LIAISON]

_P. McGinnis_    _P. McGinnis_    3/26/03
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature    Date

DCC 0048 (Eff 10/2001)
(Replaces DC 5657)

Page 2

Distribution: Master File; Committed Person

Printed on Recycled Paper

Other condiments on your food. So by the time you do that your 5 minutes have run out. I am a Vegan so I receive two trays at lunch and dinner and by the time the C/O's call us to leave I wind up throwing 85% of the food given to me away.

Example:

The C/o that is in the chow hall starts to count when the first inmates have been seated, so by the time the last inmate sits down they are trying to call us out. The C/o's are suppose to start their clocks after the last person has been seated but they are not doing this.

IL DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

DOC 0047

| Grievance Officer's Report |
| --- |

Date Received _4/13/03_    Date of Review _4/13/03_    Grievance # (optional) _____

Committed Person. _Octavius Jordan_    ID#: _N-74428_

Nature of Grievance. _Staff Conduct_

*[stamp: SHAWNEE CORRECTIONAL CENTER RECEIVED APR 16 2003 GRIEVANCE LIAISON]*

Facts Reviewed: _Grievance heard absentia, facts and statement from Sgt. John Mott, indicates that inmates are allowed at least 15 minutes to eat. Inmate Jordan N-74428, may wish pursue grievance procedures. Inmate Jordan stated in grievance that he has not been allowed enough time to eat lunch and dinner and staff in Dining room tell him to leave before he is finished eating. I/M Jordan also states that he is on a Vegan diet and receives two trays and does not have enough time to consume his meal._

Recommendation: _Grievance denied based on information provided and statement from Sgt. Mott._

_I+ Scott Tremmel #0345_
Print Grievance Officer's Name

_[signature] Scott Tremmel_
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received. _4/14/03_    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments

*[stamp: SHAWNEE CORRECTIONAL CENTER COMPLETED APR 2 2 2003 GRIEVANCE LIAISON]*

_[signature] Kim Bigler_
Chief Administrative Officer's Signature

_4/16/03_
Date

| Committed Person's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____    _____    _/___/___
Committed Person's Signature                ID#                 Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

Date: 9-22-03    Committed Person: (Please Print) Octavius Jordan    ID#: N74428

Present Facility: Shawnee C.C.    Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ Other (specify):
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____ / _____ / _____
                      Date of Report                Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: After being called to Leave the Dinning Room while still eating my Lunch On- 9-22-03 I stopped and asked Lt. Akins "I thought inmates was suppose to receive 15 minutes to consume their meals, I have only been sitting down 7 mintues." Lt Akins then stated to me that "inmates do not get 15 minutes to eat, when One line come into the dinning room we send one line out." I then stated to him that that is not

Relief Requested: That Staff keep a ledger stating the time inmates arrive and leave the dinning room. to insure that all inmates receive adequate time to eat.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_    N74428  9/22/03
            Committed Person's Signature                          ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: 9 / 28 / 3    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Lt. Atkins stated that inmates get 8-10 minutes to eat.

_Lisa Craft_    _Lisa Craft_    10/6/13
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____    Is this determined to be of an emergency nature?
   ☐ Yes; expedite emergency grievance
   ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    _____ / _____ / _____
Chief Administrative Officer's Signature                                Date

ILLINOIS  ATMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

D__ 0046

| Date: 1-7-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property     ☐ Mail Handling     ☐ Restoration of Good Time     ☐ Disability   Religious

☒ Staff Conduct     ☒ Dietary     ☐ Medical Treatment     ☒ Other (specify) Vegan Meals

☐ Transfer Denial by Facility     ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ____/____/____
            Date of Report                                            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Since being approved to receive the Vegan Religious meals here at Shawnee C.C. 12-16-02 None of my meals have been made in the guidelines of the diet. Dietary Manager Mr. Cheeks disregards the menu issued by springfield for the Vegan diet meals, thus all the meal are being made in non-compliance. At Breakfast We as Vegans are to receive 16 ounces of soy milk, Cereal fortified with vitamin B-12 along with our main entree. But Mr. cheeks is not giving us any of these things. He Has Stated to me that he does not order soy

Relief Requested: _____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____      _____      ____/____/____
Committed Person's Signature                         ID#                       Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: ____/____/____ | ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

_____         _____       ____/____/____
Print Counselor's Name                            Counselor's Signature                Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ____/____/____ | Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance <br> ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

_____                                         ____/____/____
Chief Administrative Officer's Signature                                        Date

ILLINOIS DE~~~~ ~NT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**          DOC 00...

---

**Grievance Officer's Report**

Date Received: ___/___/___   Date of Review: ___/___/___   Grievance # (optional): _____

Committed Person: _____   ID#: _____

Nature of Grievance: _____

_____

_____

Facts Reviewed: milk, During breakfast, Lunch, and Dinner
Mr. cheeks has the vegans served peanutbutter almost
every day. I we do not get that we are fed vegetarian
beans with rice or one veggie burger with a 2 ounce
servin; of the regular inmates side dishes. This is
not the guidlines for preparing the vegan meals
and ro to this they are being made in non-compliance—

_____

_____

_____

_____

_____

_____

_____

_____

Recommendation: Submitted this grievance to Counselor
in unit 4 - on 1-7-03

_____

_____

_____

_____        _____
Print Grievance Officer's Name                Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

---

**Chief Administrative Officer's Response**

Date Received: _____   ☐ I concur   ☐ I do not concur   ☐ Remand

Comments: _____

_____

_____

_____        ___/___/___
Chief Administrative Officer's Signature                Date

---

**Committed Person's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____   _____   ___/___/___
Committed Person's Signature        ID#          Date

---



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 16, 2003

Octavius Jordan
Register No. N74428
Shawnee Correctional Center

Dear Mr. Jordan:

This is in response to your grievance received on April 11, 2003, regarding dietary (vegan diet 1/9/03), which was alleged to have occurred at Shawnee Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You are alleging your not being afforded the vegan diet products such as soy milk. You are asking for 6.5 million dollars in damages.

The grievance Officer's response outlined the procedures that are being implemented to facilitate the vegan diet recipients. **Note: The Board contacted the Dietary Manager and has confirmed that soy milk and other vegan diet commodities are available.**

The Grievance officer's report and subsequent recommendation dated March 19, 2003 and approval by the Chief Administrative Officer on March 25, 2003 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Douglas A. Cravens
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Kim Bigley, Shawnee Correctional Center
      Octavius Jordan, Register No. N74428
      Chron. File

ABL

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 004

| Date: 4-14-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability  Department
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☒ Other (specify): Rules 425.70
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: Illinois Department of Corrections
has proceedures and Guidelines regarding the
attaining of and keeping a religious diet
pertaining to your religious beliefs.
The Rules of this Proceedure violates my
First and fourteenth Amendment Rights as
an inmate. By this rule inmates are required to
have outside repensentation by a Faith leader to obtain
the diet. The Illinois Law states we do not. By this
rule the Administrations over all prisons take it

Relief Requested: That these rules and proceedures be abolished
and that I be paid 4.5 million in punitive and
Compensatory damages by the court.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_                     N74428          4/14/03
Committed Person's Signature              ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4/16/03    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
Administrative Review Board, P.O. Box 19277,
Springfield, IL 62794-9277

Response: Discussed with inmate, wishes to pursue

[Stamp: SHAWNEE CORRECTIONAL CENTER RECEIVED MAY 06 2003 GRIEVANCE LIAISON]

P. McGinnis                          _P. Mc___        4/16/03
Print Counselor's Name              Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated.
Committed person should submit this grievance
in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature              Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 00

| Date: 4-24-03 | Committed Person (Please Print) Octavius Jordan | ID#: N74428 |

Present Facility: Shawnee C.C.    Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

[ ] Personal Property          [ ] Mail Handling          [ ] Restoration of Good Time          [ ] Disability          Grievance
[ ] Staff Conduct              [ ] Dietary                [ ] Medical Treatment                [X] Other (specify) Proceedure
[ ] Transfer Denial by Facility [ ] Transfer Denial by Transfer Coordinator

[ ] Disciplinary Report ____ / ____ / ____
                        Date of Report                                          Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer

Brief Summary of Grievance: When it comes to staff misconduct throughout the I.D.O.C. the grievance proceedures is tainted and unconstitutional. It is almost impossible to have an I.D.O.C. employee punished for behavior comitted against an inmate that was inappropiate. I was told to go suck my cell mates penis at Hill C.C. and I wrote a grievance on the officer but it was denied, although I had an Staff member as my witness Mrs. Custer a sergent at Hill C.C. but she was

Relief Requested: That I be paid $500,000 in punitive damages and 2.5 million in compensatory damages by a jury in civil court, for the violation of my Constitutional Rights,

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Octavius Jordan                        N74428    4/24/03
Committed Person's Signature                  ID#          Date

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |

Date Received: ____ / ____ / ____          [ ] Send directly to Grievance Officer          [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name                Counselor's Signature                Date of Response

---

| **EMERGENCY REVIEW** |

Date Received: ____ / ____ / ____          Is this determined to be of an emergency nature?          [ ] Yes, expedite emergency grievance
                                                                                                       [ ] No, an emergency is not substantiated Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                                                Date

Distribution: Master File, Committed Person          Page 1          DOC 0046 (Eff. 10/2001)
                                                                     (Replaces DC 1657)
Printed on Recycled Paper

never call on my behalf, like I requested on my grievance. I have been call dumb ass, mother fucker, stupid son of a bitch and other names by I.D.O.C. staff who I have written up and all my grievances were denied on the institutional level and by the Inmates Issues (A.R.B) in springfield, IL

I was just recently assaulted by a C/O Tanning at East Moline C.C. where I also Filled a grievance but it too was denied by springfield IL stating that the issue was moot. I would like to know how something as an assault by staff on an inmate can be listed as moot because I was transfered from that institution, The assault still occured. Here at Shawnee Corr. Center I have Filled numerous grievance on staff misconduct relating to my religious beliefs and diet and so far all those grievance have also been denied.

Inmate do not stand a Chance in hell when it comes to Filing a complaint on an I.D.O.C. employee by means of the grievance procedure. The staff member that is written up, his next door neighboors co-employees, and Union members is the grievance officer that hears the inmates complaint. So what he or she does is go ask the staff member written up if infact he or she committed the offense. After they joke around and the staff member lies and says no, the grievance is denied. Then the Administrative Review board does not do its own investigation, they merely go off the grievance officers reply and deny the grievance also.

4-24-03

FN 74428

IL. DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

1876        DOC 0046

30 59

| Date: 11-13-02 | Committed Person (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property          ☐ Mail Handling          ☐ Restoration of Good Time          ☐ Disability
☑ Staff Conduct              ☐ Dietary               ☐ Medical Treatment                ☒ Other (specify) Vegan Religious meals.
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
                        Date of Report                                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On 10-31-02 I arrived here at shawnee C.C. and since that day I have submitted several request slips and letters to the Chaplain and Assistant Warden Winsor about being placed on the vegan Diet here at shawnee C.C. In my letters I have explained to Mrs. Winsor that I am an African Hebrew Isrealite and due to my religious beliefs I would like to be placed on the Vegan Religious meals because of this. Now there is no Chaplain in the institution so Mrs. Winsor is suppose to take care of this. It took her a week to answer my request

Relief Requested: _____
_____
_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____        _____        ___/___/___
Committed Person's Signature              ID#              Date
(Continue on reverse side if necessary)

RECEIVED

| | **Counselor's Response (if applicable)** | DEC 18 2002 |
|---|---|---|

Date Received: 11/14/02    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

WINSON HOUH CTR
GRIEVANCE OFFICER

Response: Response from A.W. Winson was received on 11/28/02. Sample writer to prisoner

_____        _____        11/25/02
Print Counselor's Name                   Counselor's Signature              Date of Response

| | **EMERGENCY REVIEW** | |
|---|---|---|

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes, expedite emergency grievance
                                                                                    ☐ No; an emergency is not substantiated
                                                                                    Committed person should submit this grievance
                                                                                    in the normal manner

_____        ___/___/___
Chief Administrative Officer's Signature              Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
DOC 004

RESPONSE TO COMM    D PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received 12,18 2002    Date of Review: 12,22,2002    Grievance # (optional)

Committed Person: JORDAN    ID#: N74428

Nature of Grievance: STAFF CONDUCT

Facts Reviewed: Reviewed Inmate Jordan N74428 written grievance
Reviewed attached Documentation from A/w Winsor

**RECEIVED**

~~JAN 29 2003~~

SHAWNEE CORR. CTR.
GRIEVANCE OFFICER

Recommendation: This Grievance Officer Recommends the grievance be denied
based on Documentation from A/w Winsor and inmate didn't followed
the Guidelines for the Religious Diet. Staff followed Department
and Institutional Procedures and inmate's allegation of Staff Misconduct
is not substantiated.

A. Burris Sr. 9118
Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 1/29/03    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

**RECEIVED**

~~FEB - 5 2003~~

SHAWNEE CORR. CTR.
GRIEVANCE OFFICER

Kim Bush
Chief Administrative Officer's Signature

1 , 30 , 03
Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____    _____    _____
Committed Person's Signature    ID#    Date



**Illinois**
**Department of**
**Corrections**

**Rod R. Blagojevich**
Governor

**Donald N. Snyder, Jr.**
Acting Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

May 21, 2003

Octavius Jordan
Register No. N74428
Shawnee Correctional Center

Dear Mr. Jordan:

This is in response to your grievance received on February 28, 2003, regarding staff conduct (A/W Winsor) and dietary (vegan diet request 10-31-02), which was alleged to have occurred at Shawnee Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated December 22, 2002 and approval by the Chief Administrative Officer on January 30, 2003 have been reviewed.

The Board reviewed information that indicated you did not follow set guidelines for Religious diet.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. Further, there is no information to support allegations against staff.

FOR THE BOARD: _____

Douglas A. Cravens
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

Donald N. Snyder, Jr.
Acting Director

cc:    Warden Kim Bigley, Shawnee Correctional Center
       Octavius Jordan, Register No. N74428
       Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 3-23-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

Present Facility: Shawnee C.C.    Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☒ Staff Conduct  ☒ Dietary  ☐ Medical Treatment  ☐ Other (specify): _____
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
    Date of Report                                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On 3-23-03 upon my departure From the inmates kitchen at about 11:00Am I spoke to Warden Bigley on the sidewalk. I stated my name and told her that I am the inmate who have been writing her asking her For her help in getting the dietary to prepare the vegan meals according to the guidelines. I then stated that the dietary Manager Mr. cheeks act like he only has peanutbutter to feed us. Warden Bigley then disregarded the

Relief Requested: That springfield be notified about the situation going on here at shawnee with the vegan religious meals, And that I be paid punitive and compensatory

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_                    _N74428_  4,28,03
Committed Person's Signature                    ID#          Date

(Continue on reverse side if necessary)

| Counselor's Response (If applicable) | | |
|---|---|---|
| Date Received: 3/27/03 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _Discussed with inmate; wishes to pursue_

SHAWNEE CORRECTIONAL CENTER
RECEIVED
MAY 0 6 2003
GRIEVANCE LIAISON



**Rod R. Blagojevich**
Governor

# Illinois
### Department of
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL  62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 2, 2003

Octavius Jordan
Register No. N74428
Shawnee Correctional Center

Dear Mr. Jordan:

This is in response to your grievance received on June 16, 2003, regarding Staff Conduct (Warden Bigley 3/23/03) and Dietary (preparation of Vegan meals 3/23/03), which was alleged to have occurred at Shawnee Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated May 15, 2003 and approval by the Chief Administrative Officer on May 20, 2003 have been reviewed.

You state in your grievance that your Vegan meal request is being denied to you and that you are only receiving peanut butter meals.  Per the Grievance officer's report, Food Service Manager David Cheek states dietary guidelines as described by the inmate are currently being met.  Mr. Cheek further states that peanut butter is used as a menu item, but is not listed nor is it provided for *every* meal.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  Also staff misconduct could not be substantiated against Warden Bigley.  It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Kim Bigley, Shawnee Correctional Center
Octavius Jordan, Register No. N74428
Chron. File



**Illinois**
Department of
**Corrections**

**ROD R. BLAGOJEVICH**
Governor

**ROGER E. WALKER, JR**
Director

Shawnee Correctional Center /6665 State Route 146 East / Vienna, IL  62995 / Telephone:  (618)  658-8331 / TDD: (800)  526-0844

## MEMORANDUM

**DATE:** *11-24-05*

**TO:** *Jordan N74428*

**FROM:**    Grievance Liaison

**SUBJECT:**    Grievance dated *9-9-05 and 9-17-05*

The attached grievance is being returned for the reason(s) listed below:

&#9633;  Sign and date grievance and return to me.

&#9633;  Contact your Correctional Counselor.

&#9633;  Use proper Committed Person's Grievance (DOC 0046) form.

&#9633;  Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

&#9633;  Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

&#9633;  Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

&#9633;  Unable to determine nature of grievance / correspondence.  Submit additional specific information.

&#9633;  Illegible copy submitted – submit legible copy for consideration.

&#9633;   Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC

| Date: 11-24-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N7742 |
|---|---|---|
| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability

☒ Staff Conduct    ☒ Dietary    ☐ Medical Treatment    ☐ Other (specify) _____

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____/_____/_____
       Date of Report                Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** It has been brought to my attention from a member of my faith group outside this institution that Vegie burgers contain egg whites in the ingredients. Upon my investigation of this claim I have found that the Dietary here at shawnee has been feeding me food items contrary to my tenents of my faith as an African Hebrew Israelite. This is not only going on here at shawnee c.c. but at other institution I have been in where I received the vegan religious diet. Veggie burgers

**Relief Requested:** That Shawnee c.c. stop serving veggie burgers to vegan diet participants, and that I be paid 1.5 million in punitive damages and 2.5 million compensatory.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_            N74428    4/24/03
     Committed Person's Signature                   ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date
Received: _____/_____/_____

☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

(3-B-14)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 9-19-03 | Committed Person: (Please Print) OCTAVIUS JORDAN | ID#: N74428 |
|---|---|---|

| Present Facility: SHAWNEE C.C. | Facility where grievance issue occurred: SHAWNEE C.C. |
|---|---|

## NATURE OF GRIEVANCE:

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☒ Other (specify): grievance
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    process

☐ Disciplinary Report: _____/_____/_____
         Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 4-24-03 I wrote a grievance on dietary manager Mr. Cheek for violating my beliefs of my religion by knowingly feeding me veggie burgers made by "Morning Star Farms" which possess egg whites. I submitted this grievance to my conselor Mr. McGuiness on 4-25-03 as of today 9-19-03 I still have not received this grievance back with its proper responces from the grievance officer and administrative chief. It is my beliefs that this grievance has been destroyed by someone of this administration.

Relief Requested: That my grievance be returned to me as soon as possible because it is beyond to timeframe for processing this grievance. and that I be paid by the courts for the abstruction of my civil rights.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_      N74428    9,19,03
Committed Person's Signature      ID#    Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 9,28,3    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Refer to Grievance Officer for response.

_Already addressed by A.R.B._

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 19-19-03 | Committed Person: (Please Print) OCTAVIUS JORDAN | ID# N74428 |
|---|---|---|

| Present Facility: SHAWNEE .C..C | Facility where grievance issue occurred: SHAWNEE C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☐ Staff Conduct   ☒ Dietary   ☐ Medical Treatment   ☐ Other (specify): _____
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ____/____/____
Date of Report                              Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Dietary manager Mr, cheek is not perfoming his job by making sure that the Vegan diet participants receive their meals prepared properly. One concern is that at first Mr. Cheek was providing the vegans with readymade soy milk but lately he has switched to a powder soy milk that taste as if they added some flour to a cup of water. My other concern is that the dietary staff is not preparing the TEXTURED VEGETABLE PROTEIN CORRECTLY. They are not going by the directions on the package for this meat substitute, which clearly states that this protein is to be placed in a 7/8 cup of boiling water and let to stand for 5 to 10 minutes then placed into the recipe it is to be used in.

Relief Requested: That I be paid conpensatory and punitive damages in the amount of $500,000 for the continuous deprivation of my civil rights to be fed an adequate meal .

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   N74428   9,19,03
Committed Person's Signature                           ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date received: 9/25/03   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____ request for response sent to D. Cheik.
10-24-3 turned over to Grievance Officer

Case 3:03-cv-00847-MJR    Document 1    Filed 12/15/03    Page 58 of 77    Page ID #58



# Bob's Red Mill ®

To Your Good Health... Bob Moore

**·Low Calorie · High Protein·**

# TVP ®

## TEXTURED VEGETABLE PROTEIN

Textured Vegetable Protein is a highly nutritious soy product. It is incredibly wealthy in complete protein, low in calorie and contains no fat, so it is an excellent alternative to meat. It is also a good source of dietary fiber, iron, magnesium and phosphorus. Textured Vegetable Protein is made from defatted soy flour that has been cooked under pressure and then dried. It is very easy to prepare, and since it takes on the flavor of whatever recipe it is added to, the array of recipes in which it may be used is immeasurable.

*TVP® is a registered trademark of the Archer Daniels Midland Co.*

**NET WT 10 OZ (283g)**

GLUTEN FREE

**You Can See Our Quality!**

Bob's Red Mill products labeled Gluten Free are batch tested in our quality control laboratory. We use an ELISA Gluten Assay test to determine if a product is gluten free.

**K**

0  39978 02542  5

all natural        keeps best refrigerated or frozen

0079

---



## How to Reconstitute and Use TVP®

**To rehydrate** the granules, pour 7/8 cup boiling water, vegetable broth or stock over 1 cup TVP®. Stir and let stand 5 to 10 minutes.
**To cook in a microwave,** cover tightly with plastic wrap and cook on high for 5 - 6 minutes; check after 2 minutes and add a little more liquid if needed.
You can prepare a double batch of chunks, enough for 2 or 3 recipes, and the cooked TVP® will keep in the refrigerator several days. Or freeze some to thaw later in a microwave or in the refrigerator. Once TVP® has been rehydrated, it must be kept under refrigeration.

### RED BEANS & RICE
*A No-Fat Cajun Treat, Vegetarian Style*
Overnight in 6 cups of water, soak 2 cups dried red beans, kidney or pinto beans. Drain and rinse well.
**Cook in kettle with:**
1 large Onion, chopped
6 large cloves Garlic, smashed
2 quarts boiling Water
**After beans have cooked 45 minutes, add:**
2 cups TVP® granules
3 Tbsp Chili Powder
1 Tbsp Cumin
Continue cooking beans until tender, 20 - 40 minutes. Most of the liquid should have cooked into the beans and TVP®. Taste and add salt.
**Meanwhile, cook brown rice according to package directions:**
1 cup Brown Rice (Basmati or Short Grain)
2 cups Water
1 tsp Salt
Mix the cooked rice and beans, taste, add a pinch of cayenne or hot sauce if desired. *Serves 8.*

**TVP**

Ingredient: Soy Flour.

## Nutrition Facts
Serving Size 1/4 cup (24g) dry
Servings Per Container 11 (per 10 oz bag)

**Amount Per Serving**

| | |
|---|---|
| **Calories** 80 | Calories from Fat 0 |

**% Daily Value***

| | |
|---|---|
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 2mg | **0%** |
| **Potassium** 594mg | |
| **Total Carbohydrates** 7g | **2%** |
| Dietary Fiber 4g | **16%** |
| Sugars 3g | |
| **Protein** 12g | |

| | | |
|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% |
| Calcium 8% | • | Iron 15% |
| Magnesium 18% | • | Phosphorus 17% |

* Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65 g | 80 g |
| Sat Fat | Less than | | 20 g | 25 g |
| Cholest | Less than | | 300 mg | 300 mg |
| Sodium | Less than | | 2,400 mg | 2,400 mg |
| Total Carb | | | 300 g | 375 g |
| Fiber | | | 25 g | 30 g |

*Our product line is diverse and extensive. For information and recipes, visit our website at www.bobsredmill.com. Write for a brochure or product list:*
*Bob's Red Mill Natural Foods,*
*5209 S.E. International Way,*
*Milwaukie, OR 97222.*

0231

This Grievance was

DOC 0046

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

| Date: 9-4-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☒ Dietary ☐ Medical Treatment ☐ Other (specify): _____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___ _____
    Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: I am a African Hebrew Israelite an due
to my religious beliefs I refrain from eating meat
and any animal by-products. I am suppose to receive
a well-balanced nutritional vegan meals for my 3
meals. On 8-20-03 at approxiamately 10:30 or
11:00 Am during lunch time I was given a Lunch
tray that is inconsistant with my dietary needs
as a African Hebrew Israelite. This tray consist-
ed of Sloppy Joe (groundbeef w/tomato sauce) Hashed
brown potatos, peaches, String beans, 2 slices of white

Relief Requested: That I be paid 200,000 in punitive damages and
500,000 in compensatory damages and that the Federal courts
orders the I.D.O.C to purchase food items for the vegan meals.

☐  Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_                                          N74428   9/4/03
    Committed Person's Signature                              ID#          Date
                    (Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 9/14/13   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _Request for response sent to J.D. Uhrik_
_10-2413 turned over to Grievance Office_

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page _1_ of _1_

☒ Disciplinary Report _4/20/03_
Date

☐ Investigative Report _____
Date

Committed Person: _JORDAN OCTAVIUS_ No. _N74428_    Facility: _SHAWNEE C.C._

Observation Date: _4/20/03_ Time: _1:00_ ~~am~~ (pm) Location: _UNIT 3 C-15_

_C. KOTTER_
PRINT Employee's Name

_Kotter_  _8/20/03_  _1:45pm_
Employee's Signature/Date/Time

Offense: 504 (A) B C _403 DISOBEYING A DIRECT ORDER_

Observation: _ON THE ABOVE DATE AND APPROXIMATE TIME, THIS OFFICER WAS COLLECTING TRASH OUT OF THE CELLS (LOCKDOWN) I/m JORDAN N74428 STEPPED OUT OF HIS CELL (C-15). JORDAN WAS TOLD TO LOCK BACK-UP, HE REFUSED. LT. RILEY WAS CALLED. END OF REPORT_

Witnesses. if any: _____

**NOTE:** Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____
PRINT Name

_____
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer    Comment: _____

_____
PRINT Name

_____ _8/20/03_
Signature/Date

☐ MAJOR. submitted to Adjustment Committee    ☐ MINOR submitted to Program Unit

_____
PRINT Name

_____ _5/20/03_
Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator
(Adult Division Major Reports Only)    _MATT AKERS_
PRINT Name

_____ _8/21/03_
Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and. if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

X _O. Jordan_ _N74428_
Committed Person's Signature and Number

Committed Person Refused to Sign ☐

_____
PRINT Serving Employee's Name

_____
Serving Employee's Signature

_____ am pm
Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| | | |
|---|---|---|
| Date: 7-18-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |

Present Facility: Shawnee C.C.    Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property         ☐ Mail Handling         ☐ Restoration of Good Time         ☐ Disability
☐ Staff Conduct             ☒ Dietary               ☐ Medical Treatment                ☐ Other (specify): _____
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ____/____/____
                       Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: I am a Vegan religious diet participant
and my Diet calls for a variety of fresh fruits
and vegetables. The dietary staff here at Shawnee
C.C. are not complying with the guidelines of my
diet because they are not giving me the varitey
of fresh fruits and vegetables. One my salad trays
I am being giving dry chopped up cabbage with 3
to 5 carrots and celery sticks, The Dietary staff
here is feeding all the other fresh vegetables
to their staff members depriving me and

Relief Requested: That I be reimburst through the courts
for the violation of my first Amendment rights.
$50,000 punitive damages and $50,000 compensatory damages.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Octavius Jordan                          N74428      7/11/03
       Committed Person's Signature                    ID#          Date

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: ____/____/____ | ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |

*(margin handwritten note:)* I never received this grievance back from Shawnee C.C.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)    **DOC 0046, Page 2**

Other inmates these same privileges. I do not receive slices of Onions, bell peppers, and tomatoe's on a regular basis, Yet I see pans of these items every day going into the staffs dietary eating area for their consumption. Some days my salads consist of plain Lettuce with 2 dressing packs and Dictary concider this to be a salad Fit for the consumption of Vegan diet paticipants.

I receive a banana every blue moon yet my diet consist of Fresh Fruits every meal.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 5-6-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☒ Staff Conduct    ☒ Dietary    ☐ Medical Treatment    ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____/_____/_____
    Date of Report                  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Today upon my arrival at the Dietary for Dinner I was informed by the Diet Cook Mr. Hunt that once again the spagetti for the Vegan diet participants did not have any sauce on it. The vegan's diet meal with spagetti is suppose to have a non-meat sauce on it, but Mr. Mott the dietary supervisor does not have the diet cook Mr. Hunt put any on our spaggetti. The Dietary Supervisor's and Manager Mr. Cheek Disregard the Guidelines for preparing the vegan

Relief Requested: That Dietary Manager Cheek and supervisor Mr. Mott be repremanded and that I be paid punitive and compensatory damages through a 1983 U.S.C. civil complaint against defendents.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Octavius Jordan | N744726 | 5/6/03 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____/_____/_____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____

meals on purpose to deter inmates on the Vegan diet From continuing to receive the diet. Each time the regular inmates menu serves spaggetti with meat and sauce the Dietary Manager Mr. Cheeks and Supervisor Mr. Mott tell the Diet Cooks not to put any sauce on the Vegan's spaggetti. They give us a tray of plain spaggetti noodles and a 4oz serving of peanutbutter and call it a Vegan meal.

This is Futher evidence that the Dietary staff here at Shawnee C.C. is disregarding the guidelines for preparing the Vegan meals.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

3-25-03

Committed Person:
(Please Print) Octavius Jordan

ID#: N74428

...ent Facility: Shawnee C.C.

Facility where grievance
issue occurred: Shawnee C.C.

**TURE OF GRIEVANCE:**

☐ Personal Property
☒ Staff Conduct
☐ Transfer Denial by Facility
☐ Disciplinary Report: ___/___/___
Date of Report

☐ Mail Handling
☐ Dietary
☐ Transfer Denial by Transfer Coordinator

☐ Restoration of Good Time
☐ Medical Treatment
**RECEIVED**
APR 0 3 2003
SHAWNEE C.C.
GRIEVANCE OFFICER

☐ Disability
☒ Other (specify): Denial right
to hold religious
Holydays.

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Please Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Summary of Grievance: On 2-27-03 I submitted a request
to assistant Warden Angela Winsor requesting
permission to be allowed to observe the Passover
festival and the feast of Unleavened bread, these
are African Hebrew Israelite Holydays and should
held and honored by all African Hebrew Israelites.
request was denied by A/W Winsor
me no reason why it was denied.
A/W Winsor Discriminates against us on every
quest we submitt to her. The muslims just
granted. That I be reimburst through the courts
million punitive and 4 million compensatory damages
the violation of my First Amendment rights.

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature

N74428   3,25,03
ID#        Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

3, 26, 03

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to
Administrative Review Board, P.O. Box 19277,
Springfield, IL 62794-9277

Can not resolve, inmate wishes to pursue.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 3-20-03 | Committed Person: (Please Print) Octavus Jordan | ID#: N74428 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✗] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report                Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: During meal times here at shawnee C.C. inmates are not being given proper time to eat their meals. There is a time table some where giving inmates enough time to consume their meals but Shawnee C.C. staff is not following it. The only way you can finish your meals is if you eat like a dog and placed the food in your mouth and swallow it without chewing. we are being given 5 minutes to consume meals and this time is with placing the salt and pepper and

Relief Requested: That I be given enough time to consume my meals at Lunch and Dinner time.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Octavus Jordan | N74428  3/20/03 |
|---|---|
| Committed Person's Signature | ID#    Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 3 / 26 / 03

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Can not resolve, inmate wishes _____

SHAWNEE CORRECTIONAL CENTER
RECEIVED
APR 1 3 2003
GRIEVANCE

Printed on Recycled Paper

DOC 0048 (ER.10/2001)
(Replaces DC 5657)

Page 2

Distribution: Master File; Committed Person

Other condiments on your Food. So by the time you do that your 5 minutes have run out. I am a Vegan so I receive two trays at lunch and dinner and by the time the C/O's call us to leave I ~~end~~ whind up throwing 85% of the Food given to me away.

Example:

The C/o that is in the chow hall starts to crunt when the First inmates have been seated, so by the ~~th~~ time the last inmate sits down they are trying to call us out. The C/o's ~~once~~ are suppose to start their clocks after the last person has been seated but they are not doing this.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

DOC 0047

| Grievance Officer's Report |
| --- |

Date Received. 4, 13, 03    Date of Review: 4, 13, 03    Grievance # (optional) _____

Committed Person: Octavius Jordan    ID#: N-74428

Nature of Grievance: Staff conduct

*SHAWNEE CORRECTIONAL CENTER RECEIVED APR 1 6 2003 GRIEVANCE LIAISON*

Facts Reviewed: Grievance heard absentia, facts and statement from Sup't. John Mott, indicates that inmates are allowed at least 15 minutes to eat. Inmate Jordan N-74428, may wish pursue grievance procedures. Inmate Jordan states in grievance that he has not been allowed enough time to eat lunch and dinner and staff in Dining room tell him to leave before he is finished eating. I/m Jordan also states that he is on a Vegan diet and receives two trays and does not have enough time to consume his meal.

Recommendation: Grievance denied based on information provided and statement from Sup't. Mott.

/t Scott Trammel #0345
Print Grievance Officer's Name

*[signature]* Scott Trammel
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received: 4, 16, 03    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments _____

*SHAWNEE CORRECTIONAL CENTER COMPLETED APR 2 2 2003 GRIEVANCE LIAISON*

Kim Bigley    4, 16, 03

DOC 0046

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

ID#: N74428

Date: 9-22-03    Committed Person: (Please Print) Octavius Jordan

Present Facility: Shawnee C.C.    Facility where grievance issue occurred: Shawnee C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property          ☐ Mail Handling          ☐ Restoration of Good Time          ☐ Disability
☒ Staff Conduct             ☐ Dietary                ☐ Medical Treatment               ☐ Other (specify): _____
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___  _____ Facility where issued
                        Date of Report

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: After being called to Leave the Dinning Room while still eating my lunch On- 9-22-03 I stopped and asked Lt. AKi "I thought inmates was suppose to receive 15 minutes to consume their meals, I have only been sitting down 7 mintues" Lt AKin then stated to me that "inmates do not get 15 minutes to eat, when One line come into the dinning room we send one line out". I then stated to him that that is n

Relief Requested: That staff keep a ledger stating the tim inmates arrive and leave the dinning room. + insure that all inmates receive adequate time to e

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to

_Octavius Jordan_                    N74428      9/22/c
Committed Person's Signature              ID#           Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 9/28/3    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277 Springfield, IL 62794-9277

Response: Lt. Atkins stated that inmates get 8-10 minutes to eat.



**Illinois**

Department of

**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL  62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 7, 2003

Octavius Jordan
Register No. N74428
Shawnee Correctional Center

Dear Mr. Jordan:

This is in response to your grievance received on April 28, 2003, regarding staff conduct (insufficient times for meals), which was alleged to have occurred at Shawnee Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated April 13, 2003 and approval by the Chief Administrative Officer on April 16, 2003 have been reviewed.  This office further notes you do not provide any specific dates/times as to when these incident occurred.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied.

FOR THE BOARD:
Nancy S. Tucker
Administrative Review Board
Office of Inmate Issues

CONCURRED:
Roger E. Walker Jr.
Director

cc:   Warden Kim Bigley, Shawnee Correctional Center
Octavius Jordan, Register No. N74428
Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| Date: 1-17-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability Non-Compliance
☑ Staff Conduct ☑ Dietary ☐ Medical Treatment ☑ Other (specify): Vegan Religious meals
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
　　　　　　　　　Date of Report　　　　　　　　　　　　Facility where issued

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　　　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　　Chief Administrative Officer, only if EMERGENCY grievance.
　　　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　　　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　　　Administrative Officer.

Brief Summary of Grievance: On 1-17-03 upon my receiving my supper in the inmates chow Hall I approached Assistant Warden Winsor who was standing at the end. I showed miss Winsor my tray and stated to her "See this is what I have been talking about, mr. Cheeks serving me peannutbutter 3 times a day for a meal. Mrs. Winsor then stated to me that she had spoken to mr. cheeks about my complaints, then went on to tell me that the reason I that my vegan meals are being prepared out of the guidelines for the meal is because the institutions are not buying the necessary food ite

Relief Requested: _____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to

_____　　　_____　　　___/___/___
Committed Person's Signature　　　　　　ID#　　　　　　　　Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Sen Administrative Review Board, P.O. Bo Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

**DOC 0046**

| Date: 1-7-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] Disability     Religious
- [x] Other (specify): Vegan Meals

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Since being approved to receive the vegan Religious meals here at Shawnee C.C. 12-16-02 None of my meals have been made in the guidelines of the diet. Dietary Manager Mr. Cheeks disregards the Menu issued by Springfield for the vegan diet meals, thus all the meal are being made in non-compliance. At Breakfast we as vegans are to receive 16 ounces of soy milk, cereal fortified with Vitamin B-12 along with our main entree. But Mr. cheeks is not giving us any of these things, He Has stated to me that he does not order soy

**Relief Requested:** _____

_____

_____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _____ | _____ | ____/____/____ |
|---|---|---|
| Committed Person's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 16, 2003

Octavius Jordan
Register No. N74428
Shawnee Correctional Center

Dear Mr. Jordan:

This is in response to your grievance received on April 11, 2003, regarding dietary (vegan diet 1/9/03), which was alleged to have occurred at Shawnee Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You are alleging your not being afforded the vegan diet products such as soy milk. You are asking for 6.5 million dollars in damages.

The grievance Officer's response outlined the procedures that are being implemented to facilitate the vegan diet recipients. **Note: The Board contacted the Dietary Manager and has confirmed that soy milk and other vegan diet commodities are available.**

The Grievance officer's report and subsequent recommendation dated March 19, 2003 and approval by the Chief Administrative Officer on March 25, 2003 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____

Douglas A. Cravens
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

Roger E. Walker Jr.
Director

cc:  Warden Kim Bigley, Shawnee Correctional Center
Octavius Jordan, Register No. N74428
Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC 004

| Date: 4-14-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N74428 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☒ Other (specify): Department Rules 425.70
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ____/____/____
                 Date of Report                               Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Illinois Department of Corrections has Proceedures and Guidelines regarding the attaining of and keeping a religious diet pertaining to your religious beliefs. The Rules of this Proceedure Violates my First and fourteenth Amendment Rights as an inmate. By this rule inmates are required to have outside repensentation by a Faith leader to obtain the diet. The Illinois Law states we do not. By this rule the Administrations over all prisons take it

Relief Requested: That these ø rules and proceedures be abolished and that I be paid 4.5 million in punitive and compensatory damages by the court.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_             N74428         4,14,03
Committed Person's Signature                 ID#                Date

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 4/16/03     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Discussed with inmate, wishes to pursue

SHAWNEE CORRECTIONAL CENTER
RECEIVED
MAY 0 6 2003
GRIEVANCE PRISON

upon themselves to punish inmates by taking them off the diet for food items stated by the I.D.O.C. that prisoners are forbidden to eat or even possess. Who gave the I.D.O.C authority to dictate a persons religion to them. By their rules I am forbidden to eat fish but by my belief I can eat fish which have both scales and fins.

ILLINOIS DEPARTMENT OF CORRECTIONS

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

DOC 0047

| Grievance Officer's Report | 3C15 |
|---|---|

Date Received. 6, 3, 03    Date of Review: 6, 5, 03    Grievance # (optional):

Committed Person: JORDAN                                    ID#: N 74428

Nature of Grievance: RELIGIOUS DIET

Facts Reviewed: FACT # 1 MEMO FROM A/W WINSOR DATED 11-15-02 STATING:

A. INMATES JORDAN REQUESTED A VEGAN DIET ON 11-5-02 & RETURNED REQUEST TO INMATE 11-7-02

B. INMATE DECLARED A BLACK HEBREA DIET 4-1-02 HE WAS BLACK HEBREA FROM 6-2-01 TO 4-1-02

C. NEEDS TO FORWARD REQUEST TO CHAPEL TO CHANGE RELIGIOUS FAITH.

FACT # 2 MEMO FROM A/W WINSOR DATED 1-23-03 STATING:

A. SHAWNEE C.C. MEALS WERE WITHIN THE GUIDE LINES FOR A VEGAN DIET.

B. SHAWNEE C.C. DOES NOT SERVE TOFU

Recommendation: AFTER REVIEWING THE ABOVE FACTS, I RECOMMEND THIS GRIEVANCE BE DENIED.

SHAWNEE CORRECTIONAL CENTER
COMPLETED
JUL 2 1 2003
GRIEVANCE LIAISON

R. HILLIARD #9200                    R. Hilliard

Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 6/23/03        ☒ I concur    ☐ I do not concur    ☐ Remand

Comments

SHAWNEE CORRECTIONAL CENTER
COMPLETED
JUL 0 1 2003
GRIEVANCE LIAISON

Kim Bigler                                    6, 23, 03
Chief Administrative Officer's Signature                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

DOC

| Date: 4-24-03 | Committed Person: (Please Print) Octavius Jordan | ID#: N 7442 |
|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

[ ] Personal Property    [x] Mail Handling    [ ] Restoration of Good Time    [ ] Disability   Grievance

[ ] Staff Conduct    [ ] Dietary    [ ] Medical Treatment    [x] Other (specify) Proceedu

[ ] Transfer Denial by Facility    [ ] Transfer Denial by Transfer Coordinator

[ ] Disciplinary Report: _____ / _____ / _____
Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: When it comes to staff misconduct throughout the I.D.O.C. the grievance proceedures is tainted and unconstitutional. It is almost impossible to have an I.D.O.C. employee punished for behavior comitted against an inmate that was inappropiate. I was told to go suck my cell mates penis at Hill C.C. and I wrote a grievance on the officer but it was denied, although I had an staff member as my witness Mrs. Custer a sergent at Hill C.C. but she was

Relief Requested: That I be paid $500,000 in punitive damages and 2.5 million in compensatory damages by a jury in civil Court, for the violation of my Constitutional Rights.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Octavius Jordan_      N7442-8    4/24/03
Committed Person's Signature      ID#      Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: _____ / _____ / _____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Mailed 6-24-03 to A.R.B.
Sent out 7-25-03 to counselor