IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

04 JAN 20  AM 10: 37

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IL
EAST ST. LOUIS OFFICE

OCTAVIUS JORDAN, Inmate #N-74428, )
GEORGE MCNAIR, Inmate #N-47857, )
and DOUGLAS HILL, Inmate #K-64161, )
                                  )
       Plaintiffs,            )     CIVIL NO. 03-847-mjr
                                    )
vs.                               )
                                    )
DONALD N. SNYDER, et al.,       )
                                  )
       Defendants.          )

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Octavius Jordan, George McNair and Douglas Hill, *pro se* prisoners, submitted a complaint under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b)(1), "if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."

In *Hubbard v. Haley*, 262 F.3d 1194 (11th Cir. 2001), the court affirmed the dismissal of a multi-plaintiff civil suit brought by eighteen inmates. There the court found that "each plaintiff had to file a separate complaint and pay a separate filing fee." *Hubbard*, 262 F.3d at 1195. The same is true in this case, so this case will be dismissed without prejudice.

"To facilitate its ruling, the district court [in *Hubbard*] open[ed] a new suit with a separate number in each of the plaintiff's names and consider[ed] the original complaint to be their complaints." *Hubbard*, 262 F.3d at 1195. In the interests of justice, this Court will follow the same practice, since each plaintiff has evidenced an intent to bring a lawsuit even though procedurally it is not possible to permit this case to proceed with multiple pauper prisoner plaintiffs. For the

foregoing reasons, the Court:

(1) **ORDERS** this case dismissed without prejudice;

(2) **DIRECTS** the Clerk of this Court to open a separate case for each plaintiff with the complaint in this case and place copies of all pertinent filings from this case in the appropriate new cases; and

(3) **DIRECTS** the Clerk to assign each of the newly opened cases to the same judge who was assigned to this case.

**IT IS SO ORDERED.**

DATED: January 17, 2004

_____
**DISTRICT JUDGE**